# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TERRY LEE WARD  
ADC #136026                                                                                                              PLAINTIFF

V.                         5:09CV00060 JMM/JTR

LARRY NORRIS, Director,  
Arkansas Department of Correction; et al.                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to properly comply with the Court's March 2, 2009 Order (docket entry #3) and Fed. R. Civ. P. 8.

2. All remaining Motions are DENIED, AS MOOT.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 7th day of May, 2009.

                                                                                  UNITED STATES DISTRICT JUDGE