IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY LEE WARD
ADC #136026                                                                                              PLAINTIFF

V.                                          5:09CV00060 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction; et al.                                               DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITHOUT PREJUDICE, for failing to comply with the Court's March 2, 2009 Order and Fed. R. Civ. P. 8. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 7th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE